HUGH C. FOX et al., Appellants, *v.* GEORGE A. PEACOCK et al., Respondents.

Reported below, 156 App. Div. 938.
(Argued January 5, 1914; decided January 13, 1914.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 16, 1913, affirming a judgment in favor of defendants entered upon the report of a referee in an action to recover for loss of profits alleged to have been occasioned by the defendants' failure to perform their contract.

The motion was made upon the ground that the Appellant Division had unanimously decided that the findings of fact were supported by the evidence and that the exceptions were frivolous and presented no question of law for review.

*William P. Langevin* for motion.

*William C. Rosenberg* opposed.

Motion denied, without costs.